Dismissed and Opinion filed February 13, 2003









Dismissed and Opinion filed February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00641-CV

____________

 

THE
NEW PROPERTY OWNERS ASSOCIATION OF NEWPORT, INC., Appellant

 

V.

 

ALAN
RAY RUNION, Appellee

 



 

On Appeal from the 11th District Court

Harris
County, Texas

Trial
Court Cause No.  99-01728

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 14, 2002.

On February 4, 2003, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed February 13, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.